```
 1  DEBRA W. YANG
    United States Attorney
 2  JACQUELINE CHOOLJIAN
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-2569
 9       Facsimile:  (213) 894-7177

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

FILED
CLERK, U S DISTRICT COURT
JAN 16 2003
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWO ROLEX WATCHES AND $20,000.00 IN U.S. CURRENCY,<br><br>Defendants.<br><br>GALEB MIZYED AND AMER FAKHOURY,<br><br>Claimants. | NO. CV 02-1364 NM (Ex)<br><br>STIPULATION AND ORDER REGARDING DISCOVERY REQUESTS DIRECTED TO CLAIMANTS GALEB MIZYED AND AMER FAKHOURY |

/ / /
/ / /
/ / /



ENTERED ON ICMS
JAN 21 2003



26

WHEREAS, on July 22, 2002, Plaintiff United States of America (the "Plaintiff") served by mail on Claimants Galeb Mizyed and Amer Fakhoury the following discovery requests: (1) Plaintiff's First Set of Interrogatories to Claimant Galeb Mizyed; (2) Plaintiff's First Set of Interrogatories to Claimant Amer Fakhoury; (3) Plaintiff's First Set of Requests for Production of Documents to Claimant Galeb Mizyed; and (4) Plaintiff's First Set of Requests for Production of Documents to Claimant Amer Fakhoury (collectively, the "Discovery Requests");

WHEREAS, Claimants Galeb Mizyed and Amer Fakhoury have not served any response to the Discovery Requests, and Plaintiff contends that they have therefore waived their right to assert any objections to the interrogatories and document requests contained in the Discovery Requests;

WHEREAS, the parties desire to resolve this matter informally without the need at this time for a formal motion to compel relative to the Discovery Requests; and

WHEREAS, by entering into this Stipulation, Plaintiff does not waive and hereby reserves its right to compel production of all documents responsive to document request number 6, which requests that each Claimant produce his federal, state and local income tax returns from 1996 to 2001, contained in the respective document requests served by Plaintiff on Claimants Galeb Mizyed and Amer Fakhoury, on the ground that the Claimants waived their right to assert any objections due to their failure to serve a timely response to the Plaintiff's document requests;

/ / /

/ / /

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to
2  the approval of the Court, that:
3    1.  Claimant Galeb Mizyed shall answer, without objection,
4  each interrogatory (interrogatory numbers 1 through 12) contained
5  in Plaintiff's First Set of Interrogatories to Claimant Galeb
6  Mizyed.
7    2.  Claimant Amer Fakhoury shall answer, without objection,
8  each interrogatory (interrogatory numbers 1 through 10) contained
9  in Plaintiff's First Set of Interrogatories to Claimant Amer
10 Fakhoury.
11    3.  Claimant Galeb Mizyed shall answer, without objection,
12 and produce all documents responsive to document request numbers 1
13 through 5 and 7 contained in Plaintiff's First Set of Requests for
14 Production of Documents to Claimant Galeb Mizyed.
15    4.  Claimant Amer Fakhoury shall answer, without objection,
16 and produce all documents responsive to document request numbers 1
17 through 5 and 7 contained in Plaintiff's First Set of Requests for
18 Production of Documents to Claimant Amer Fakhoury.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

    5.   Claimants Galeb Mizyed and Amer Fakhoury shall serve their answers and produce the documents relative to the above-referenced discovery requests by mail on Plaintiff by no later than January 20, 2003.

DATED: January 15, 2003        DEBRA W. YANG
                                 United States Attorney
                                 JACQUELINE CHOOLJIAN
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

_____
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: January __, 2003       KATZ & ASSOCIATES

                                 _— see next page —_
                                 DAVID A. KATZ

                                 Attorney for Claimants
                                 Galeb Mizyed and Amer Fakhoury

Jan 13 03 07:55p Law offices p.3
Case 2:02-cv-01864-NM-EX Document 26 Filed 01/16/03 Page 5 of 8 Page ID #:36
01/08/03 10:59 FAX 213 894 ___ 5 US ATTORNEY OFFICE ☒005

5. Claimants Galeb Mizyed and Amer Fakhoury shall serve their answers and produce the documents relative to the above-referenced discovery requests by mail on Plaintiff by no later than January 20, 2003.

DATED: January __, 2003

DEBRA W. YANG
United States Attorney
JACQUELINE CHOOLJIAN
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: January 13, 2003

KATZ & ASSOCIATES

*David A. Katz*
_____
DAVID A. KATZ

Attorney for Claimants
Galeb Mizyed and Amer Fakhoury

4

<u>O R D E R</u>

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

1. Claimant Galeb Mizyed shall answer, without objection, each interrogatory (interrogatory numbers 1 through 12) contained in Plaintiff's First Set of Interrogatories to Claimant Galeb Mizyed.

2. Claimant Amer Fakhoury shall answer, without objection, each interrogatory (interrogatory numbers 1 through 10) contained in Plaintiff's First Set of Interrogatories to Claimant Amer Fakhoury.

3. Claimant Galeb Mizyed shall answer, without objection, and produce all documents responsive to document request numbers 1 through 5 and 7 contained in Plaintiff's First Set of Requests for Production of Documents to Claimant Galeb Mizyed.

4. Claimant Amer Fakhoury shall answer, without objection, and produce all documents responsive to document request numbers 1 through 5 and 7 contained in Plaintiff's First Set of Requests for Production of Documents to Claimant Amer Fakhoury.

5. Claimants Galeb Mizyed and Amer Fakhoury shall serve their answers and produce the documents relative to the above-referenced discovery requests by mail on Plaintiff by no later than January 20, 2003.

DATED: JAN. 16, 2003

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On January 15, 2003, I served a STIPULATION AND ORDER REGARDING DISCOVERY REQUESTS DIRECTED TO CLAIMANTS GALEB MIZYED AND AMER FAKHOURY on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: January 15, 2003. Place of mailing: Los Angeles, California.

TO: David A. Katz, Esq.
Katz & Associates
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: January 15, 2003 at Los Angeles, California.

_Valerie Garzona_
Valerie Garzona